Argued April 28, affirmed May 8, 1978

In the Matter of the Marriage of
MITHEN, *Appellant,*
*and*
MITHEN, *Respondent.*
(No. 77-2498, CA 9653)
577 P2d 947

Robert L. Ackerman, Springfield, argued the cause for appellant. With him on the brief was Ackerman & DeWenter, Springfield.

Paul J. Lipscomb, Salem, argued the cause for respondent. With him on the brief was Blair & MacDonald, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Sawyer and Sawyer,* 29 Or App 553, 564 P2d 739 (1977). No costs to either party.